# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 21, 2013

### NO. 03-11-00555-CR

**Edwin Gus Schneider, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES FIELD AND ABOUSSIE*
### AFFIRMED -- OPINION BY JUSTICE ABOUSSIE

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error requiring reversal in the trial court's judgments of conviction: **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the trial court's judgments of conviction are in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.

*Before Marilyn Aboussie, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).